UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                                          Case No.
                                                                Chapter 11
HELP AT HOME HEALTH CARE
SERVICES, INC.

       Debtor.
_____/

**CORPORATE OWNERSHIP STATEMENT**
PURSUANT TO BANKRUPTCY RULE 1007(a)(1)

      Pursuant to Federal Rules of Bankruptcy Procedure 7007-1, and to enable the Judges to evaluate possible disqualification or recusal, **HELP AT HOME HEALTH CARE SERVICES, INC.** a Florida Limited Liability Company, by and through Frank V. Guerrieri, President, hereby certifies the following corporations, Limited Partnership, Limited Liability Company or entities directly own ten percent (10%) or more of any class of the Limited Liability Company's equity interests, or states that there are no entities to report under FRBP 7007.1, as follows:

| Entity: | Type of Stock | Number of shares |
|---|---|---|
| **NONE** | | |

DATED: July  2014

                                      DEBTOR:   HELP AT HOME HEALTH
                                      CARE SERVICES, INC.,

                                By _*Frank V. Guerrieri*_____
                                    Name: Frank V. Guerrieri, President