UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                                Case No.
                                                      Chapter 11
FRANK V. GUERRIERI
JODY A. GUERRIERI

           Debtor.
_____/

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a), Bankruptcy Rule 2016(b), and Local Rule 2016-1, I certify that I am the attorney for the above named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept.................................$425.00 PER HOUR

   Prior to the filing of this statement I have received........................$20,000.00

   Balance Due...................................................................................$unknown

2. The source of the compensation paid to me was:
   _X_ Debtor          ___ Other (specify):

3. The source of compensation to be paid to me is:
   _X_ Debtor          ___ Other:

4. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy; preparation and filing of petition, schedules, statements of affairs, preparation of Plan of Reorganization and Disclosure Statement, attendance at hearings, attendance at Confirmation Hearing, negotiations with creditors, representation of the debtor at the meeting of creditors, and any adjourned hearings thereof.

   I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

DATE: July 2014                           FURR AND COHEN, P.A.
                                          2255 Glades Road, #337W
                                          Boca Raton, FL 33431
                                          (561) 395-0500/(561)338-7532-fax
                                          By /s/Aaron A. Wernick
                                          AARON A. WERNICK
                                          Florida Bar No. 210854
                                          Email: awernick@furrcohen.co