UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re: Case No.
Chapter 11

FRANK V. GUERRIERI
JODY A. GUERRIERI,

Debtors.
_______________________________/

**DECLARATION REGARDING PAYMENT ADVICES**

__X__ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you did not work the full 60 days. ______________________________

_____ Copies of all payment advices **are** not attached because the debtor has no income from any employer during the 60 days prior to filing of the bankruptcy petition

_____ Copies of all payment advices **are not** attached because the debtor
____ receives disability payment
____ is unemployed and does not receive unemployment compensation
____ receives Social Security payments
____ receives a pension
____ does not work outside the home
____ is self-employed and does not receive payment advices

_____ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received. Explain: ______________________________

**Joint Debtor (if applicable):**

__X__ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you did not work the full 60 days. ______________________________

_____ Copies of all payment advices **are** not attached because the debtor has no income from any employer during the 60 days prior to filing of the bankruptcy petition

_____Copies of all payment advices **are not** attached because the debtor
____receives disability payment
____is unemployed and does not receive unemployment compensation
____receives Social Security payments
____receives a pension
____does not work outside the home
____is self-employed and does not receive payment advices

_____None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received. Explain: ________________________________________________

**NOTE:** ***When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court.***

______________________________ DATE: 7/10/2014
Signature of Debtor: FRANK V. GUERRIERI

______________________________ DATE: 7/10/2014
Signature of Joint Debtor: JODY A. GUERRIERI

## Earnings Record

| Check Date | Earnings | Rate | Hours | Amount | Gross | Federal Taxes | |
|---|---|---|---|---|---|---|---|
| Employee: Guerrieri, Judy<br>SSN: xxx-xx-2229 | | | | | | | |
| 1/3/2014 | Regular | | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC<br>FED<br>MEDCARE | 15<br>3 |
| 1/10/2014 | Regular | | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC<br>FED<br>MEDCARE | 15<br>3 |
| 1/17/2014 | Regular | | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC<br>FED<br>MEDCARE | 15<br>3 |
| 1/24/2014 | Regular | | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC<br>FED<br>MEDCARE | 15<br>3 |
| 1/31/2014 | Regular | | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC<br>FED<br>MEDCARE | 15<br>3 |
| 2/7/2014 | Regular | | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC<br>FED<br>MEDCARE | 15<br>3 |
| 2/14/2014 | Regular | | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC<br>FED<br>MEDCARE | 15<br>3 |
| 2/21/2014 | Regular | | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC<br>FED<br>MEDCARE | 15<br>3 |
| 2/28/2014 | Regular | | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC<br>FED<br>MEDCARE | 15<br>3 |
| 3/7/2014 | Regular | | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC<br>FED<br>MEDCARE | 15<br>3 |
| 3/14/2014 | Regular | | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC<br>FED<br>MEDCARE | 15<br>3 |
| 3/21/2014 | Regular | | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC<br>FED<br>MEDCARE | 15<br>3 |
| 3/28/2014 | Regular | | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |

Company: Help At Home Franchise Service LLC
Check Dates From: 1/3/2014 To: 6/27/2014
Pay Period from: 12/22/2013 to: 06/21/2014

## Earnings Record

| Check Date | Earnings | Rate | Hours | Amount | Gross | Federal Taxes |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | FED MEDCARE | 3 |
| 4/4/2014 | Regular | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |
| | | | | | FED MEDCARE | 3 |
| 4/11/2014 | Regular | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |
| | | | | | FED MEDCARE | 3 |
| 4/18/2014 | Regular | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |
| | | | | | FED MEDCARE | 3 |
| 4/25/2014 | Regular | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |
| | | | | | FED MEDCARE | 3 |
| 5/2/2014 | Regular | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |
| | | | | | FED MEDCARE | 3 |
| 5/9/2014 | Regular | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |
| | | | | | FED MEDCARE | 3 |
| 5/16/2014 | Regular | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |
| | | | | | FED MEDCARE | 3 |
| 5/23/2014 | Regular | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |
| | | | | | FED MEDCARE | 3 |
| 5/30/2014 | Regular | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |
| | | | | | FED MEDCARE | 3 |
| 6/6/2014 | Regular | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |
| | | | | | FED MEDCARE | 3 |
| 6/13/2014 | Regular | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |
| | | | | | FED MEDCARE | 3 |
| 6/20/2014 | Regular | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |
| | | | | | FED MEDCARE | 3 |
| 6/27/2014 | Regular | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |

Company: Help At Home Franchise Service LLC
Check Dates From: 1/3/2014 To: 6/27/2014
Pay Period from: 12/22/2013 to: 06/21/2014

## Earnings Record

| Check Date | Earnings | Rate | Hours | Amount | Gross | Federal Taxes | |
|---|---|---|---|---|---|---|---|
| Employee: Guerrieri, Jody<br>SSN: xxx-xx-2220 | | | | | | | |
| 3/14/2014 | Regular | | 0.00 | 250.00 | 250.00 | FED SOCSEC<br>FED MEDCARE | 1 |
| 3/21/2014 | Regular | | 0.00 | 250.00 | 250.00 | FED SOCSEC<br>FED MEDCARE | 1 |
| 3/28/2014 | Regular | | 0.00 | 250.00 | 250.00 | FED SOCSEC<br>FED MEDCARE | 1 |
| 4/4/2014 | Regular | | 0.00 | 250.00 | 250.00 | FED SOCSEC<br>FED MEDCARE | 1 |
| 4/11/2014 | Regular | | 0.00 | 250.00 | 250.00 | FED SOCSEC<br>FED MEDCARE | 1 |
| 4/18/2014 | Regular | | 0.00 | 250.00 | 250.00 | FED SOCSEC<br>FED MEDCARE | 1 |
| 4/25/2014 | Regular | | 0.00 | 400.00 | 400.00 | FED FIT<br>FED SOCSEC<br>FED MEDCARE | <br>2 |
| 5/2/2014 | Partner Disbursement | | 0.00 | 400.00 | 400.00 | FED FIT<br>FED SOCSEC<br>FED MEDCARE | <br>2 |
| 5/9/2014 | Partner Disbursement | | 0.00 | 400.00 | 400.00 | FED FIT<br>FED SOCSEC<br>FED MEDCARE | <br>2 |
| 5/16/2014 | Partner Disbursement | | 0.00 | 400.00 | 400.00 | FED FIT<br>FED SOCSEC<br>FED MEDCARE | <br>2 |
| 5/23/2014 | Partner Disbursement | | 0.00 | 400.00 | 400.00 | FED FIT<br>FED SOCSEC<br>FED MEDCARE | <br>2 |

Company: PCAH Nurse Registry LLC
Check Dates From: 3/14/2014 To: 6/27/2014
Pay Period from: 03/02/2014 to: 06/21/2014

## Earnings Record

| Check Date | Earnings | Rate | Hours | Amount | Gross | Federal Taxes |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/30/2014 | Partner Disbursement | 0.00 | 400.00 | 400.00 | FED FIT<br>FED SOCSEC<br>FED MEDCARE | <br>2<br> |
| 6/6/2014 | Partner Disbursement | 0.00 | 400.00 | 400.00 | FED FIT<br>FED SOCSEC<br>FED MEDCARE | <br>2<br> |
| 6/13/2014 | Partner Disbursement | 0.00 | 400.00 | 400.00 | FED FIT<br>FED SOCSEC<br>FED MEDCARE | <br>2<br> |
| 6/20/2014 | Partner Disbursement | 0.00 | 400.00 | 400.00 | FED FIT<br>FED SOCSEC<br>FED MEDCARE | <br>2<br> |
| 6/27/2014 | Partner Disbursement | 0.00 | 400.00 | 400.00 | FED FIT<br>FED SOCSEC<br>FED MEDCARE | <br>2<br> |
| Employee Totals : | Regular<br>Partner Disbursement | 0.00<br>0.00 | $1,900.00<br>$3,600.00 | $5,500.00 | FED FIT<br>FED SOCSEC<br>FED MEDCARE | $8<br>$34<br>$7 |

Company: PCAH Nurse Registry LLC
Check Dates From: 3/14/2014 To: 6/27/2014
Pay Period from: 03/02/2014 to: 06/21/2014

## Earnings Record

| Check Date | Earnings | Rate | Hours | Amount | Gross | Federal Taxes | |
|---|---|---|---|---|---|---|---|
| Employee: Guerrieri, Frank<br>SSN: xxx-xx-1574 | | | | | | | |
| 3/14/2014 | Regular | | 0.00 | 250.00 | 250.00 | FED SOCSEC<br>FED MEDCARE | 1 |
| 3/21/2014 | Regular | | 0.00 | 250.00 | 250.00 | FED SOCSEC<br>FED MEDCARE | 1 |
| 3/28/2014 | Regular | | 0.00 | 250.00 | 250.00 | FED SOCSEC<br>FED MEDCARE | 1 |
| 4/4/2014 | Regular | | 0.00 | 250.00 | 250.00 | FED SOCSEC<br>FED MEDCARE | 1 |
| 4/11/2014 | Regular | | 0.00 | 250.00 | 250.00 | FED SOCSEC<br>FED MEDCARE | 1 |
| 4/18/2014 | Regular | | 0.00 | 250.00 | 250.00 | FED SOCSEC<br>FED MEDCARE | 1 |
| 4/25/2014 | Regular | | 0.00 | 400.00 | 400.00 | FED FIT<br>FED SOCSEC<br>FED MEDCARE | 2 |
| 5/2/2014 | Partner Disbursement | | 0.00 | 400.00 | 400.00 | FED FIT<br>FED SOCSEC<br>FED MEDCARE | 2 |
| 5/9/2014 | Partner Disbursement | | 0.00 | 400.00 | 400.00 | FED FIT<br>FED SOCSEC<br>FED MEDCARE | 2 |
| 5/16/2014 | Partner Disbursement | | 0.00 | 400.00 | 400.00 | FED FIT<br>FED SOCSEC<br>FED MEDCARE | 2 |
| 5/23/2014 | Partner Disbursement | | 0.00 | 400.00 | 400.00 | FED FIT<br>FED SOCSEC<br>FED MEDCARE | 2 |

Company: PCAH Nurse Registry LLC
Check Dates From: 3/14/2014 To: 6/27/2014
Pay Period from: 03/02/2014 to: 06/21/2014

## Earnings Record

| Check Date | Earnings | Rate | Hours | Amount | Gross | Federal Taxes |
|---|---|---|---|---|---|---|

z8wA0qJI5hfwb65KfNp75KiDS3jzhGYjzvkDGvHOPxGPw5wvZNIYjU4yCail0Tb8

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/30/2014 | Partner Disbursement | 0.00 | 400.00 | 400.00 | FED FIT<br>FED SOCSEC<br>FED MEDCARE | !<br>2<br>! |
| 6/6/2014 | Partner Disbursement | 0.00 | 400.00 | 400.00 | FED FIT<br>FED SOCSEC<br>FED MEDCARE | !<br>2<br>! |
| 6/13/2014 | Partner Disbursement | 0.00 | 400.00 | 400.00 | FED FIT<br>FED SOCSEC<br>FED MEDCARE | !<br>2<br>! |
| 6/20/2014 | Partner Disbursement | 0.00 | 400.00 | 400.00 | FED FIT<br>FED SOCSEC<br>FED MEDCARE | !<br>2<br>! |
| 6/27/2014 | Partner Disbursement | 0.00 | 400.00 | 400.00 | FED FIT<br>FED SOCSEC<br>FED MEDCARE | !<br>2<br>! |
| Employee Totals : | Regular<br>Partner Disbursement | 0.00<br>0.00 | $1,900.00<br>$3,600.00 | $5,500.00 | FED FIT<br>FED SOCSEC<br>FED MEDCARE | $8<br>$34<br>$7 |

Company: PCAH Nurse Registry LLC
Check Dates From: 3/14/2014 To: 6/27/2014
Pay Period from: 03/02/2014 to: 06/21/2014

## Earnings Record

| Check Date | Earnings | Rate | Hours | Amount | Gross | Federal Taxes | |
|---|---|---|---|---|---|---|---|
| Employee: Guerrieri, Frank<br>SSN: xxx-xx-3574 | | | | | | | |
| 1/3/2014 | Regular | | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |
| | | | | | | FED | 3 |
| | | | | | | MEDCARE | |
| 1/10/2014 | Regular | | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |
| | | | | | | FED | 3 |
| | | | | | | MEDCARE | |
| 1/17/2014 | Regular | | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |
| | | | | | | FED | 3 |
| | | | | | | MEDCARE | |
| 1/24/2014 | Regular | | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |
| | | | | | | FED | 3 |
| | | | | | | MEDCARE | |
| 1/31/2014 | Regular | | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |
| | | | | | | FED | 3 |
| | | | | | | MEDCARE | |
| 2/7/2014 | Regular | | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |
| | | | | | | FED | 3 |
| | | | | | | MEDCARE | |
| 2/14/2014 | Regular | | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |
| | | | | | | FED | 3 |
| | | | | | | MEDCARE | |
| 2/21/2014 | Regular | | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |
| | | | | | | FED | 3 |
| | | | | | | MEDCARE | |
| 2/28/2014 | Regular | | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |
| | | | | | | FED | 3 |
| | | | | | | MEDCARE | |
| 3/7/2014 | Regular | | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |
| | | | | | | FED | 3 |
| | | | | | | MEDCARE | |
| 3/14/2014 | Regular | | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |
| | | | | | | FED | 3 |
| | | | | | | MEDCARE | |
| 3/21/2014 | Regular | | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |
| | | | | | | FED | 3 |
| | | | | | | MEDCARE | |
| 3/28/2014 | Regular | | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |

Company: Help At Home Franchise Service LLC
Check Dates From: 1/3/2014 To: 6/27/2014
Pay Period from: 12/22/2013 to: 06/21/2014

## Earnings Record

| Check Date | Earnings | Rate | Hours | Amount | Gross | Federal Taxes |
|---|---|---|---|---|---|---|

Case 14-25713-PGH Doc 8 Filed 07/10/14 Page 10 of 10

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | FED MEDCARE | 3 |
| 4/4/2014 | Regular | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |
| | | | | | FED MEDCARE | 3 |
| 4/11/2014 | Regular | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |
| | | | | | FED MEDCARE | 3 |
| 4/18/2014 | Regular | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |
| | | | | | FED MEDCARE | 3 |
| 4/25/2014 | Regular | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |
| | | | | | FED MEDCARE | 3 |
| 5/2/2014 | Regular | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |
| | | | | | FED MEDCARE | 3 |
| 5/9/2014 | Regular | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |
| | | | | | FED MEDCARE | 3 |
| 5/16/2014 | Regular | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |
| | | | | | FED MEDCARE | 3 |
| 5/23/2014 | Regular | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |
| | | | | | FED MEDCARE | 3 |
| 5/30/2014 | Regular | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |
| | | | | | FED MEDCARE | 3 |
| 6/6/2014 | Regular | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |
| | | | | | FED MEDCARE | 3 |
| 6/13/2014 | Regular | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |
| | | | | | FED MEDCARE | 3 |
| 6/20/2014 | Regular | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |
| | | | | | FED MEDCARE | 3 |
| 6/27/2014 | Regular | 0.00 | 2,500.00 | 2,500.00 | FED SOCSEC | 15 |

Company: Help At Home Franchise Service LLC
Check Dates From: 1/3/2014 To: 6/27/2014
Pay Period from: 12/22/2013 to: 06/21/2014